

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-10-00072-CR

_____

KYLON JEFFERY HENSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
Rusk County, Texas
Trial Court No. 08-03-107-CR

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM  OPINION

Kylon Jeffery Henson, appellant, has filed with this Court a motion to dismiss his appeal. The motion is signed by Henson and by his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure.   *See* TEX. R. APP. P. 42.2(a).   As authorized by Rule 42.2, we grant the motion.   *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.

Jack Carter
Justice

Date Submitted:    May 24, 2010
Date Decided:    May 25, 2010

Do Not Publish